[No. 3493-1.    Division One.    December 28, 1976.]

NORMAN G. AEHLE, *Respondent,* v. LOIS ARLENE AEHLE, *Appellant.*

Appeal from a judgment of the Superior Court for King

County, No. D-56302, Francis E. Holman, J., entered December 10, 1974. *Affirmed* by unpublished per curiam opinion.